IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

THE UNITED STATES OF AMERICA   \*
  \*
v.   \*
  \*    **CASE NO. 21-4696**
BRIAN GILBERT   \*
  \*
  \*
\*\*\*\*\*\*\*

**GOVERNMENT'S RENEWED MOTION TO DISMISS**

    The United States of America, by its undersigned attorneys, hereby renews its motion to dismiss, and in support whereof states as follows:

    1.    On September 8, 2021, Defendant Brian Gilbert pled guilty to production of child pornography, in violation of 18 U.S.C. § 2251. District Court ECF No. 32. He was sentenced on December 10, 2021, District Court ECF No. 50, and timely filed this direct appeal.

    2.    On March 4, 2022, the government filed a motion to dismiss the appeal, asserting the appellate waiver in Gilbert's plea agreement. Appellate ECF No. 14.

    3.    On April 14, 2022, this Court issued an order deferring action on the motion pending the filing of Gilbert's opening brief. Appellate ECF No. 18. The Court specifically noted that, "Following the filing of Appellant's opening brief, the Government may renew its motion to dismiss and again move to suspend the briefing schedule or, at its option, elect to file a response brief." *Id.*

4. On May 18, 2022, Gilbert filed an opening brief pursuant to *Anders v. California*, 386 U.S. 738 (1967), indicating that there were no non-frivolous arguments to be made on appeal. Appellate ECF No. 20.

5. Pursuant to the Court's Order, Appellate ECF No. 18, the government hereby renews its motion to dismiss. Specifically, the government incorporates by reference herein its previously filed motion, and attaches it as an exhibit hereto.

6. The government has consulted with counsel for the defendant, who has indicated via email that he opposes the grant of this motion. The government also notes that the defendant opposed the government's original motion to dismiss. Appellate ECF No. 17.

**WHEREFORE**, the United States of America requests that this Honorable Court GRANT the government's renewed motion to dismiss the appeal pursuant to the appellate waiver in the parties' plea agreement.

        Respectfully submitted,

        Erek L. Barron
        United States Attorney

By: _____/s/_____
        Jason D. Medinger
        Assistant United States Attorney
        6500 Cherrywood Lane, Suite 200
        Greenbelt, Maryland 20770
        301-344-4433

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on June 23, 2022, undersigned counsel electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF user:

Vincent Anthony Jankoski
VINCENT A. JANKOSKI, ESQ.
14717 Harvest Lane
Silver Spring, MD 20905

By: _____/s/_____
Jason D. Medinger
Assistant United States Attorney