FILED: April 22, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-4696
(8:20-cr-00374-PWG-1)
_____

UNITED STATES OF AMERICA

　　Plaintiff - Appellee

v.

BRIAN ANTHONY GILBERT

　　Defendant - Appellant

_____

O R D E R
_____

The court removes this case from abeyance.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk