FILED: July 26, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 21-4696
(8:20-cr-00374-PWG-1)

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

v.

BRIAN ANTHONY GILBERT,

        Defendant - Appellant.

O R D E R

    Brian Anthony Gilbert appeals his convictions and 540-month sentence imposed following his guilty plea to child pornography offenses. After review of the record pursuant to *Anders v. California*, 386 U.S. 738 (1967), and the submissions relative to the Government's pending motions to dismiss, we defer ruling on the Government's motions and order supplemental briefing on the following issues:

    (1)    Whether the district court complied with *United States v. Rogers*, 961 F.3d 291 (4th Cir. 2020), with respect to the two written conditions of supervised release addressing Gilbert's obligation to report to the probation office upon his release from the Bureau of Prisons. *Cf. United States v. Cisson*, 33 F.4th 185, 193-94 & n.6 (4th Cir. 2022). The parties may also brief any other *Rogers* issue apparent from the record.

(2) Whether the standard conditions of supervised release are reasonable in light of this court's decision in *United States v. Oliver*, No. 20-4500, 2022 WL 1223716 (4th Cir. Apr. 26, 2022), and whether Gilbert's appeal waiver precludes appellate review of a nondelegation challenge to the supervision condition requiring Gilbert, at the direction of the probation officer, to notify others of any risk he poses to them.

The Clerk will establish a supplemental briefing schedule by separate order.

For the Court – By Direction

/s/ Nwamaka Anowi, Clerk